8 So.2d 901

**Howard FISK, alias Fitts v. STATE.**

8 Div. 178.

Court of Appeals of Alabama.

May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

3 So.2d 920

**William B. FITTS v. CITY OF BIRMING-HAM.**

6 Div. 760.

Court of Appeals of Alabama.

May 13, 1941.

Roderick Beddow, of Birmingham, for appellant.

Ralph E. Parker, of Birmingham, for appellee.

RICE, Judge.

Affirmed.

3 So.2d 920

**Norman FITZGERALD v. CITY OF ANNISTON.**

7 Div. 632.

Court of Appeals of Alabama.

June 10, 1941.

Hugh D. Merrill, Jr., of Anniston, for appellee.

BRICKEN, Presiding Judge.

Affirmed.

1 So.2d 43

**Red (alias Norman) FITZGERALD v. STATE.**

7 Div. 612.

Court of Appeals of Alabama.

Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

11 So.2d 167

**Rodell FLOWERS v. STATE.**

4 Div. 756.

Court of Appeals of Alabama.

Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

2 So.2d 925

**Elsie Mae FORD v. CITY OF JASPER.**

6 Div. 755.

Court of Appeals of Alabama.

April 24, 1941.

PER CURIAM.

Appeal dismissed, want of prosecution.